IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISON

PNC BANK, N.A. as successor in interest to
RBC Bank (USA) as successor in interest to Public Bank,

    Plaintiff,

v.                                  Case No. 8:13-cv-121-T-35 MAP

HIGH POINT RESORTS MANAGEMENT, INC., a
Florida corporation, and PATRICIA A. RAHL, individually,

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

KNOW ALL MEN BY THESE PRESENTS THAT:

Plaintiff, PNC Bank, N.A., as successor in interest to RBC Bank (USA) as successor in interest to Public Bank (the "Bank"), the owner and holder of that certain "Partial Final Judgment upon Default on Compromise" (the "Judgment"), entered on April 15, 2014, in the above-styled action, in the amount of $430,488.64, and recorded in the Official Records of Osceola County, Florida, Book Number 4642, beginning at Page 486, does hereby acknowledge, through its undersigned counsel, that all sums due under the Judgment have been fully paid and that the Judgment is hereby satisfied and is canceled and satisfied of record.

                                        _/s/ Stephenie Anthony_____
                                        JOHN A. ANTHONY, ESQ.
                                        Florida Bar Number: 0731013
                                        janthony@anthonyandpartners.com
                                        **STEPHENIE BIERNACKI ANTHONY, ESQ.**
                                        Florida Bar Number: 0127299
                                        santhony@anthonyandpartners.com
                                        Anthony & Partners, LLC
                                        201 N. Franklin Street, Suite 2800
                                        Tampa, Florida 33602
                                        Telephone: 813/273-5616
                                        Telecopier: 813/221-4113

                                        Attorneys for the Bank

STATE OF FLORIDA )

COUNTY OF HILLSBOROUGH )

Before me, the undersigned officer, duly authorized to administer oaths and take acknowledgments, personally appeared Stephenie Biernacki Anthony, Esquire, well known to me to be the attorney of record for the Plaintiff in the above captioned case, and who acknowledged before me the execution of the foregoing Satisfaction of Judgment to be her free and voluntary act and deed for the uses and purposes and in the capacity therein stated and expressed.

WITNESS my hand and seal this 2nd day of November, 2015.

LORI WRIGHT
MY COMMISSION # FF 242187
EXPIRES: June 18, 2019
Bonded Thru Notary Public Underwriters

NOTARY PUBLIC - STATE OF FLORIDA
Print Name Lori Wright
My Commission Expires:

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic means and/or U.S. Mail on this 2nd day of November, 2015, to the following:

High Point Resorts Management, Inc.
Attn: Patricia A. Rahl, Registered Agent
2951 High Point Boulevard
Kissimmee, Florida 34747

Patricia A. Rahl
700 West Hillsborough Boulevard
Building 2, Suite 101
Deerfield Beach, Florida 33441
patti@rahlandrahl.com

R. Stephen Miles, Jr., Esq.
Overstreet, Miles, Cumbie &
Finkenbinder, P.A.
100 Church Street, Suite 1
Kissimmee, FL 34741
smiles@omcflaw.com
(*Courtesy Copy*)

/s/ Stephenie Biernacki Anthony
**ATTORNEY**

2